454 A.2d 183

3958 Rail Cafe, Inc., et al., Appellants v. Rose
Vending Co.
Petition for Allowance of Appeal
Denied June 8, 1983.

Argued December 16, 1981.
Abe Lapowsky, for appellants; Richard M. Sand, for appel-
lees.

Before McEWEN, JOHNSON and WATKINS, JJ.

We affirm the order of April 20, 1981, of the Common
Pleas Court of Philadelphia County, based upon the adjudi-
cation and opinion of the distinguished Judge Matthew W.
Bullock, Jr.